UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

---

| | |
|---|---|
| Maria Martinez, | Case No.: _____ |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| Buffets, Inc., d/b/a Country Buffet | **(Jury Trial Demanded)** |
| Defendant. | |

---

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE, that Defendant Buffets, Inc., d/b/a Country Buffet, hereby removes to this Court the state action described below.

I. On February 18, 2014, an action was filed as to Buffets, Inc., d/b/a Country Buffet in the District Court, Boulder County, Colorado, entitled Maria Martinez v. Buffets, Inc., d/b/a Country Buffet, Case No. 2014cv30202.

II. Defendant Buffets, Inc., d/b/a Country Buffet was served with the attached Summons and Complaint on March 6, 2014. This Notice is timely.

III. A copy of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto as Exhibit A (Summons and Complaint and District Court Civil Case Cover Sheet).

IV. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by said Defendant pursuant to the provisions of 28 U.S.C. §1441 (a), in that it is a civil action between citizens of different states and the matter and controversy exceeds the sum of $75,000, exclusive of interest and

costs. Plaintiff's Complaint and District Court Civil Cover sheet sets forth allegations that the amount in controversy exceeds the sum of $75,000.

V. Defendant is informed and believes that Plaintiff Maria Martinez is a citizen of the State of Colorado. Defendant Buffets, Inc., d/b/a Country Buffet is incorporated in the State of Minnesota and has its principal place of business in the State of South Carolina.

VI. Based upon the foregoing, Defendant Buffets, Inc., d/b/a Country Buffet requests that this action be removed to the United States District Court for the District of Colorado.

Dated this 13th day of March, 2014

**McCOLLUM, CROWLEY, MOSCHET MILLER & LAAK, LTD.**

/s/ Robert L. McCollum

Robert L. McCollum (ID #69802)
Attorney for Defendant Buffets, Inc., d/b/a Country Buffet
1400 16th Street, Suite 400
Denver, CO 80202
(303) 415-2068