| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 Sixth Street, Boulder, CO 80302<br>Telephone:  (303) 441-3750 | |
| Plaintiff:     MARIA MARTINEZ<br>v.<br>Defendant:     BUFFETS, INC., d/b/a COUNTRY BUFFET | ▲COURT USE ONLY▲ |
| Attorneys for Defendant:<br> Robert L. McCollum, #36331<br>McCollum, Crowley, Moschet, Miller & Laak, Ltd.<br>1400 16th Street, Suite 400<br>Denver, CO 80202<br>Phone:          303-415-2068<br>Fax #:           303-785-8340<br>E-mail:         rlm@mccollumlaw.com | Case Number:  2014cv30202<br><br>Div/Ctrm: |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:     District Court Administrator, Boulder County, 1777 Sixth Street, Boulder, CO 80302; and Plaintiff above-named and her attorney, Donald E. Janklow, 710 11th Avenue, Suite 205, Greeley, CO 80631:

**PLEASE TAKE NOTICE**, that Defendant Buffets, Inc., d/b/a Country Buffet, has filed a Notice

of Removal of this action with the United States District Court for the District of Colorado on March 13,

2014 pursuant to 28 U.S.C. §1441, et. seq., a copy of which is attached hereto.

**McCOLLUM, CROWLEY,  MOSCHET, MILLER & LAAK, LTD.**
*A duly authorized signature is on file at the offices of McCollum, Crowley, Moschet, Miller & Laak, Ltd.*

Dated:  March 13, 2014                    /s/ Robert L. McCollum
                                          Robert L. McCollum (#36331)
                                          Attorneys for Defendant
                                          1400 16th Street, Suite 400
                                          Denver, CO 80202
                                          (303) 415-2068

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, a true and correct copy of Notice of Filing Notice of Removal was filed with the Court and served by ICCES to the following:

Donald E. Janklow
Attorney at Law
710 11th Avenue, Suite 205
Greeley, CO 80631
Attorney for Plaintiff

/s/ Karen H. Farrell

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Maria Martinez,                                              Case No.: _____

           Plaintiff,

                                                             **NOTICE OF REMOVAL**

vs.
                                                             **(Jury Trial Demanded)**

Buffets, Inc., d/b/a Country Buffet

           Defendant.

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      PLEASE TAKE NOTICE, that Defendant Buffets, Inc., d/b/a Country Buffet, hereby removes to this Court the state action described below.

I.    On February 18, 2014, an action was filed as to Buffets, Inc., d/b/a Country Buffet in the District Court, Boulder County, Colorado, entitled Maria Martinez v. Buffets, Inc., d/b/a Country Buffet, Case No. 2014cv30202.

II.    Defendant Buffets, Inc., d/b/a Country Buffet was served with the attached Summons and Complaint on March 6, 2014.  This Notice is timely.

III.    A copy of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto as Exhibit A (Summons and Complaint and District Court Civil Case Cover Sheet).

IV.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by said Defendant pursuant to the provisions of 28 U.S.C. §1441 (a), in that it is a civil action between citizens of different states and the matter and controversy exceeds the sum of $75,000, exclusive of interest and

costs.  Plaintiff's Complaint and District Court Civil Cover sheet sets forth allegations that the amount in controversy exceeds the sum of $75,000.

V.    Defendant is informed and believes that Plaintiff Maria Martinez is a citizen of the State of Colorado.  Defendant Buffets, Inc., d/b/a Country Buffet is incorporated in the State of Minnesota and has its principal place of business in the State of South Carolina.

VI.   Based upon the foregoing, Defendant Buffets, Inc., d/b/a Country Buffet requests that this action be removed to the United States District Court for the District of Colorado.

Dated this 13th day of March, 2014

**McCOLLUM, CROWLEY, MOSCHET MILLER & LAAK, LTD.**

/s/ Robert L. McCollum

Robert L. McCollum (ID #69802)
Attorney for Defendant Buffets, Inc., d/b/a
Country Buffet
1400 16th Street, Suite 400
Denver, CO 80202
(303) 415-2068

2

3/6/14
12:40pm
CD

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>1777 Sixth Street, Boulder, CO 80302<br>Telephone: (303) 441-3750 | DATE FILED: February 18, 2014 10:21 AM<br>FILING ID: 9838B074C95FF<br>CASE NUMBER: 2014CV30202 |
| **Plaintiff: MARIA MARTINEZ**<br><br>vs.<br><br>**Defendant: BUFFETS, INC. d/b/a COUNTRY BUFFET** | ▲ COURT USE ONLY ▲ |
| Donald E. Janklow, #885<br>Attorney for Plaintiff<br>710 11th Avenue, Suite 205<br>Greeley, Colorado 80631<br>Phone Number: (970) 353-4000<br>E-mail: don@donjanklow.com | Case No.: 2014CV<br><br>Division: |
| **SUMMONS** | |

THE PEOPLE OF THE STATE OF COLORADO TO THE DEFENDANT COUNTRY BUFFET NAMED ABOVE:

You are summoned and required to file with the clerk of this court an answer or other defense to the attached complaint within twenty-one (21) days after this summons is served on you in the State of Colorado, or within thirty-five (35) days after this summons is served on you outside the State of Colorado, or by publication.

If you fail to file your answer or other defense to the complaint in writing, as required by Colorado Rules of Civil Procedure, within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice to you.

The following documents are also served with this summons: Complaint

Dated: February 18, 2014.

Donald E. Janklow

**EXHIBIT**
**A**

This summons is issued pursuant to Rule 4, CRCP, as amended.   A copy of the complaint must be served with this summons.  If served by publication, summons shall briefly state sum of money or other relief demanded.

WARNING:  A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal.  The plaintiff has 14 days from the date this summons was served on you to file the case with the court.  You are responsible for contacting the court to find out whether the case has been filed and obtain the case number.  If the plaintiff files the case within this time, then you must respond as explained in this summons.  If the Plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>1777 Sixth Street, Boulder, CO 80302<br>Telephone: (303) 441-3750 | DATE FILED: February 18, 2014 10:2 AM<br>FILING ID: 9838B074C95FF<br>CASE NUMBER: 2014CV30202 |
| **Plaintiff: MARIA MARTINEZ**<br><br>vs.<br><br>**Defendant:   BUFFETS, INC. d/b/a COUNTRY BUFFET** | ▲ COURT USE ONLY ▲ |
| | Case No.:  **2014CV** |
| Donald E. Janklow, #885<br>Attorney for Plaintiff<br>710 11th Avenue, Suite 205<br>Greeley, Colorado  80631<br>Phone Number: (970) 353-4000<br>E-mail:  don@donjanklow.com | Division: |
| **COMPLAINT** | |

COMES NOW the Plaintiff Maria Martinez by and through her attorney, Donald E. Janklow and complains of the Defendant as follows:

      1.    Plaintiff is a resident of Weld County, Colorado.

      2.    Defendant is a foreign corporation authorized to do business in Colorado.

      3.    Defendant does or at all relevant times did business in Boulder County, Colorado.

      4.    Defendant operated a restaurant at 1250 South Hover Street, Building 1, Suite 11, Longmont, Colorado known as the Country Buffet.

      5.    The Plaintiff was an invitee of the Defendant.

      6.    The Defendant knew or should have known about the danger of having food and debris on the floor of its premises.

      7.    The Plaintiff stepped on food or debris on the floor of the Defendant's restaurant and fell to the floor.

8.    The Plaintiff suffered injuries and damages.

9.    The Defendant failed to use reasonable care to protect the Plaintiff against the danger on the premises and the Defendant's failure was a cause of the Plaintiff's injuries and damages.

10.    The Plaintiff suffered injury to both of her shoulders, lower back and leg.

11.    The Plaintiff has not been able to work in her cleaning business and has hired other persons to do cleaning work which resulted in an increase in expenses for her business and a subsequent loss of income.

12.    The Plaintiff has continuing damages and losses and needs additional surgeries and medical treatment.

WHEREFORE the Plaintiff respectfully requests that she be awarded judgment against the Defendant in an amount to be determined by the finder of fact together with her costs, expert witness fees and for such other and further relief as the court deems just and proper in the premises.

Dated this 18 day of February, 2014.

Respectfully submitted,

Donald E. Janklow

| | |
|---|---|
| District Court, Boulder County, Colorado<br>Court Address: 1777 Sixth Street, Boulder, CO 80302<br>Telephone: (303) 441-3750 | DATE FILED: February 18, 2014 10:21 AM<br>FILING ID: 9838B074C95FF<br>CASE NUMBER: 2014CV30202 |

**Plaintiff:** MARIA MARTINEZ

**v.**

**Defendant:** BUFFETS, INC. d/b/a COUNTRY BUFFET

▲ **COURT USE ONLY** ▲

| | |
|---|---|
| Donald E. Janklow, #885<br>Attorney for Plaintiff<br>710 11th Avenue, Suite 205<br>Greeley, CO 80631<br>Telephone: (970) 353-4000<br>E-mail: don@donjanklow.com | Case Number: **2014CV**<br><br><br>Division        Courtroom |

## DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT

1.  **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.  Check one of the following:

    ☐ This case is governed by Chief Justice Directive ("CJD") 11-02 and the "Colorado Civil Access Pilot Project Rules Applicable to Business Actions in District Court" because:

    -   The case is filed within the period of January 1, 2012 through December 31, 2014; *AND*

    -   The case is filed in a Pilot Project participating jurisdiction (Adams County, Arapahoe County, Denver County, Gilpin County, or Jefferson County); *AND*

    -   The case is a "Business Action" as defined in CJD 11-02, Amended Appendix A for inclusion in the Pilot Project.

    ☒ This case is not governed by the Colorado Civil Access Pilot Project Rules.

    *NOTE: Cases subject to the Colorado Civil Access Pilot Project must be governed by the Rules in CJD 11-02 (available at http://www.courts.state.co.us/Courts/Supreme_Court/Directives/Index.cfm). The presiding judge will review Item 2 for accuracy. The designation on this initial Cover Sheet will control unless the Court orders otherwise.*

**3.   If this case is not governed by the Colorado Civil Access Pilot Project Rules as indicated in Item 2, check the following:**

☐This case is governed by C.R.C.P. 16.1 because:

-   The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

-   A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☒This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

☐The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

☒A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date. See C.R.C.P. 16.1(e). In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date. See C.R.C.P. 16.1(d).*

☐A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

☐C.R.C.P. 16.1 applies to this case.

☒C.R.C.P. 16.1 does not apply to this case.

4.   ☐This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: February __18__, 2014

Donald E. Janklow