## SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

### Section A - Plaintiffs
Plaintiffs remaining in action at the time of filing the notice of removal.

| # | Name |
|---|---|
| 1. | Maria Martinez |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

### Section B - Defendants
Defendants remaining in action at the time of filing the notice of removal.

| # | Name |
|---|---|
| 1. | Buffets, Inc., d/b/a Country Buffet |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

### Section C - Pending State Court Motions As of Date of Removal

| # | Title of State Court Motion | Date Motion Filed |
|---|---|---|
| 1. | NA | NA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

### Section D - Scheduled State Court Hearings As of Date of Removal

| # | Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|---|
| 1. | NA | NA | NA | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

Signature: [signed]
Printed Name: Robert L. McCollum
Telephone Number: 303-415-2068
Date: 3/13/14
State Court Case Number: 2014cv30202

(Rev 11/08/2010)