*3/6/14*
*12:40pm*
*CD*

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 Sixth Street, Boulder, CO 80302<br>Telephone: (303) 441-3750 | DATE FILED: February 18, 2014 10:21 AM<br>FILING ID: 9838B074C95FF<br>CASE NUMBER: 2014CV30202 |
| Plaintiff: MARIA MARTINEZ<br><br>vs.<br><br>Defendant: BUFFETS, INC. d/b/a COUNTRY BUFFET | ▲ COURT USE ONLY ▲ |
| Donald E. Janklow, #885<br>Attorney for Plaintiff<br>710 11th Avenue, Suite 205<br>Greeley, Colorado 80631<br>Phone Number: (970) 353-4000<br>E-mail: don@donjanklow.com | Case No.: 2014CV<br><br>Division: |
| SUMMONS | |

THE PEOPLE OF THE STATE OF COLORADO TO THE DEFENDANT COUNTRY BUFFET NAMED ABOVE:

You are summoned and required to file with the clerk of this court an answer or other defense to the attached complaint within twenty-one (21) days after this summons is served on you in the State of Colorado, or within thirty-five (35) days after this summons is served on you outside the State of Colorado, or by publication.

If you fail to file your answer or other defense to the complaint in writing, as required by Colorado Rules of Civil Procedure, within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice to you.

The following documents are also served with this summons: Complaint

Dated: February 18, 2014.

_____
Donald E. Janklow

This summons is issued pursuant to Rule 4, CRCP, as amended. A copy of the complaint must be served with this summons. If served by publication, summons shall briefly state sum of money or other relief demanded.

WARNING: A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the Plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 Sixth Street, Boulder, CO 80302<br>Telephone: (303) 441-3750 | DATE FILED: February 18, 2014 10:21 AM<br>FILING ID: 9838B074C95FF<br>CASE NUMBER: 2014CV30202 |
|---|---|
| Plaintiff: MARIA MARTINEZ<br><br>vs.<br><br>Defendant: BUFFETS, INC. d/b/a COUNTRY BUFFET | ▲ COURT USE ONLY ▲ |
| Donald E. Janklow, #885<br>Attorney for Plaintiff<br>710 11th Avenue, Suite 205<br>Greeley, Colorado 80631<br>Phone Number: (970) 353-4000<br>E-mail: don@donjanklow.com | Case No.: 2014CV<br><br>Division: |
| **COMPLAINT** | |

COMES NOW the Plaintiff Maria Martinez by and through her attorney, Donald E. Janklow and complains of the Defendant as follows:

1. Plaintiff is a resident of Weld County, Colorado.

2. Defendant is a foreign corporation authorized to do business in Colorado.

3. Defendant does or at all relevant times did business in Boulder County, Colorado.

4. Defendant operated a restaurant at 1250 South Hover Street, Building 1, Suite 11, Longmont, Colorado known as the Country Buffet.

5. The Plaintiff was an invitee of the Defendant.

6. The Defendant knew or should have known about the danger of having food and debris on the floor of its premises.

7. The Plaintiff stepped on food or debris on the floor of the Defendant's restaurant and fell to the floor.

8. The Plaintiff suffered injuries and damages.

9. The Defendant failed to use reasonable care to protect the Plaintiff against the danger on the premises and the Defendant's failure was a cause of the Plaintiff's injuries and damages.

10. The Plaintiff suffered injury to both of her shoulders, lower back and leg.

11. The Plaintiff has not been able to work in her cleaning business and has hired other persons to do cleaning work which resulted in an increase in expenses for her business and a subsequent loss of income.

12. The Plaintiff has continuing damages and losses and needs additional surgeries and medical treatment.

WHEREFORE the Plaintiff respectfully requests that she be awarded judgment against the Defendant in an amount to be determined by the finder of fact together with her costs, expert witness fees and for such other and further relief as the court deems just and proper in the premises.

Dated this 18 day of February, 2014.

Respectfully submitted,

_____
Donald E. Janklow