UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Maria Martinez,

    Plaintiff,

vs.

Buffets, Inc., d/b/a Country Buffet

    Defendant.

Case No.: 14-cv-00744-RBJ

**ANSWER TO COMPLAINT**

**(Jury Trial Demanded)**

Defendant, for its Answer to the Complaint of Plaintiff, states and alleges as follows:

1. Except as hereinafter specifically admitted, denies each and every allegation in the Complaint of Plaintiff.

2. Defendant admits the allegations set forth in paragraphs 1, 2, 3, and 4 of the Complaint.

3. Defendant admits the allegation set forth in paragraph 5 of the Complaint only to the extent that it may be alleged that Plaintiff was a customer in the store or present with a customer in the store on the date alleged in the Complaint.

4. Defendant admits paragraph 6 of the Complaint only insofar as it may be alleged that the Defendant is aware that food and debris on the floor of its premises can present a potential hazard. Otherwise, the allegation set forth in paragraph 6 is denied.

5. Defendant has insufficient information to determine the accuracy and truthfulness of the allegations set forth in paragraph 7 of the Complaint and therefore denies the same.

6. Defendant has insufficient information to determine the accuracy and truthfulness of the allegations set forth in paragraph 8 of the Complaint and therefore denies the same.

7. Defendant denies the allegations set forth in paragraphs 9, 10, 11, and 12 of the Complaint.

## AFFIRMATIVE DEFENSES

8. The Complaint of Plaintiff fails to state a claim upon which relief may be granted.

9. Plaintiff's claims may be barred or reduced by reason of comparative fault. (C.R.S.A. § 13-21-111).

10. Plaintiff may have failed to mitigate her damages.

11. Plaintiff's damages are not recoverable to the extent they are not causally related to the subject incident.

12. Plaintiff's damages, if any, may be the result of pre-existing conditions.

13. Plaintiff's claim for damages may be reduced by reason of the payment from collateral sources.

14. Plaintiff's claims may be barred by reason of assumption of risk.

15. Plaintiff's damages may be precluded or reduced to the extent they were caused or contributed to by others over whom this answering Defendant had no control.

16. Plaintiff's claims may be barred by applicable Statutes of Limitations.

17. Defendant reserves the right to rely upon other and additional affirmative defenses as may be supported by the facts as determined through discovery.

WHEREFORE, Defendant prays the Complaint of Plaintiff be dismissed with prejudice and on the merits and that it be awarded its reasonable costs and disbursements herein, together with such other relief as the Court may deem just and equitable.

Defendant does hereby make a demand for a jury trial on all issues.

|  |  |
|---|---|
| Dated: March 27, 2014 | **McCOLLUM, CROWLEY, MOSCHET MILLER & LAAK, LTD.**<br><br>/s/ Robert L. McCollum<br>_____<br>Robert L. McCollum (ID #36331)<br>Attorney for Defendant Buffets, Inc., d/b/a Country Buffet<br>1400 16th Street, Suite 400<br>Denver, CO 80202<br>(303) 415-2068 |