UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

---

Maria Martinez,                                          Case No.:  14-cv-00744-RBJ

        Plaintiff,

                                       **ORDER FOR**
vs.                                             **DISMISSAL WITH PREJUDICE**

Buffets, Inc., d/b/a Country Buffet

        Defendant.

---

       Based upon the Stipulation of Dismissal With Prejudice, it is:

       HEREBY ORDERED, that the above-captioned action be and the same hereby is dismissed with prejudice, without any additional costs, disbursements, or attorneys' fees to any party.  Judgment shall be entered accordingly.

       Dated this 11th day of December, 2014.

                                 **BY THE COURT:**

                                 _____
                                 United States District Court Judge